AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANRIQUE BARTON,<br>    v.<br><br>CASCADE REGIONAL BLOOD<br>SERVICES | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER: C06-5644 RBL |

[XX]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict as follows:

Judgment is hereby entered FOR Defendant

*Dated: July 2, 2007*

      BRUCE  RIFKIN
      *Clerk*

      s/Jean Boring
      *(By) Deputy Clerk*