# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANRIQUE BARTON

v.

CASCADE REGIONAL BLOOD SERVICES

**JUDGMENT IN A CIVIL CASE**
ON FEES AND COSTS

CASE NUMBER: C06-5644RBL

__XX__  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant shall be awarded fees for copying in the amount of $127.50 and witness fees in the amount of $1,777.30.

| | |
|---|---|
| __September 18, 2008__ | __BRUCE RIFKIN__ |
| Date | Clerk |
| | __/s/ Caroline M. Gonzalez__ |
| | By Deputy Clerk Caroline M. Gonzalez |